**Order entered July 14, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00341-CV

**SHANEKA BUSBY BAKER, Appellant**

**V.**

**FORREST REGGIE CARR, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-15-04681-D**

## ORDER

We **GRANT** appellant's July 12, 2016 motion to extend time to file her amended brief and **ORDER** the amended brief filed no later than August 1, 2016.

/s/ CRAIG STODDART
JUSTICE